UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRAKE FELDE,<br><br>    Plaintiff,<br><br>v.<br><br>D. WILKINS, *et al.*,<br><br>    Defendants. | Case No. 1:19-cv-00339-JDP<br><br>ORDER DENYING PLAINTIFF'S MOTIONS FOR APPOINTMENT OF COUNSEL<br><br>ECF Nos. 13, 16 |

    Plaintiff Drake Felde, a state prisoner without counsel, brings this action under 42 U.S.C. § 1983. Plaintiff has filed two motions requesting appointment of counsel. ECF Nos. 13, 16. He submits that he has autism and ADHD, has limited access to the law library, and has not been able to successfully obtain an attorney. *Id*.

    Plaintiff does not have a constitutional right to appointed counsel in this action, *see Rand v. Rowland*, 113 F.3d 1520, 1525 (9th Cir. 1997), *withdrawn in part on other grounds on reh'g en banc*, 154 F.3d 952 (9th Cir. 1998), and the court lacks the authority to require an attorney to represent plaintiff, *see Mallard v. U.S. District Court for the Southern District of Iowa*, 490 U.S. 296, 298 (1989). We may request the voluntary assistance of counsel. *See* 28 U.S.C. § 1915(e)(1); *Rand*, 113 F.3d at 1525. However, without a means to compensate counsel, the

court will seek volunteer counsel only in exceptional circumstances. In determining whether such circumstances exist, "the district court must evaluate both the likelihood of success on the merits [and] the ability of the [plaintiff] to articulate his claims pro se in light of the complexity of the legal issues involved." *Rand*, 113 F.3d at 1525 (internal quotation marks and citations omitted). We cannot conclude that exceptional circumstances requiring the appointment of counsel are present here. The issues raised by the complaint are not unusually complicated and, at this stage of the proceedings, plaintiff has not demonstrated a likelihood of success on the merits.

The court may revisit this issue at a later stage of the proceedings if the interests of justice so require. If plaintiff later renews his request for counsel, he should provide a detailed explanation of the circumstances that he believes justify appointment of counsel. Accordingly, plaintiff's motions for the appointment of counsel, ECF Nos. 13, 16, are denied without prejudice.

IT IS SO ORDERED.

Dated: March 30, 2020

UNITED STATES MAGISTRATE JUDGE

No. 204.