IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DRAKE FELDE,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>D. WILKINS, *et al.*,<br><br>　　　　　　　　　　Defendants. | 1:19-cv-00339 JDP (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY SCHEDULING ORDER<br><br>ECF No. 17 |

　　The court has considered defendants' motion to modify the discovery and scheduling order. ECF No. 17. Good cause appearing for that request, defendants shall have twenty-one additional days (up to and including April 20, 2020) to file their motion for summary judgment on exhaustion grounds.

IT IS SO ORDERED.

Dated:     March 31, 2020

_____
UNITED STATES MAGISTRATE JUDGE

No. 204.