UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRAKE FELDE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>D. WILKINS, et al.,<br><br>　　　　　Defendants. | Case No.   1:19-cv-00339-JDP<br><br>ORDER GRANTING PLAINTIFF'S MOTIONS FOR EXTENSIONS OF TIME<br><br>ECF Nos. 19, 22, 26<br><br>ORDER MODIFYING DISCOVERY AND SCHEDULING ORDER<br><br>ECF No. 12 |

　　　Plaintiff seeks more time to respond to defendants' motion for summary judgment and to conduct discovery. ECF Nos. 19, 22, 26. He has not had access to the law library since March. For good cause shown, plaintiff's motions are granted. ECF Nos. 19, 22, 26. Plaintiff will have sixty days from the date of entry of this order to respond to defendants' motion for summary judgment. The scheduling order is modified to extend the deadline for completion of discovery to October 30, 2020. ECF No. 12.

IT IS SO ORDERED.


Dated:   May 14, 2020　　　　　　　　　　　　　　　／s／ Jeremy Peterson
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1