UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRAKE FELDE, | Case No. 1:19-cv-00339-JDP |
| Plaintiff, | ORDER GRANTING PLANTIFF'S MOTIONS IN PART AND STAYING THE CASE FOR 60 DAYS |
| v. | |
| D. WILKINS and I. OGBUEHI, | ECF Nos. 28, 29 |
| Defendants. | ORDER MODIFYING THE DISCOVERY AND SCHEDULING ORDER |

Plaintiff is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. Plaintiff seeks an extension of time to complete discovery and oppose summary judgment, ECF No. 28, and to have the entire case stayed for 120 days, ECF No. 29. Plaintiff has no access to the law library at Pleasant Valley State Prison because of the current pandemic. Defendants do not oppose staying the case, but request that the discovery and scheduling order be modified accordingly. ECF No. 31. While the court is sympathetic to plaintiff's circumstances, he provides no evidence that the extraordinarily long duration for his stay request is warranted. Thus, the court will grant his motion in part and stay the case for sixty days. At that point, if plaintiff still has no access to the law library, he should file another motion to extend the stay.

Accordingly, it is hereby ordered that:

1

1. Plaintiff's motions for extensions, ECF Nos. 28, 29, are granted in part;
2. This case is stayed for 60 days;
3. Plaintiff shall have 21 days after the stay is lifted to respond to defendants' motion for summary judgment; and
4. The discovery and scheduling order is modified as follows:
    a. The deadline for completion of all discovery is extended to December 30, 2020;
    b. The dispositive motion deadline is extended to March 15, 2021; and
    c. The deadline for amending the pleadings is extended to August 31, 2020.

IT IS SO ORDERED.

Dated:   May 29, 2020                                    _____
                                                        UNITED STATES MAGISTRATE JUDGE

No. 204.