IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRAKE FELDE,<br><br>                              Plaintiff,<br><br>         v.<br><br>D. WILKINS, *et al.*,<br><br>                              Defendants. | Case No. 1:19-cv-00339 JDP (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME<br><br>ECF No. 41 |

   For good cause shown, defendants' motion for extension of time, ECF No. 41, is granted. Defendants shall have until November 11, 2020 to file a reply.

IT IS SO ORDERED.

Dated:   October 30, 2020                                   _____
                                                                                         UNITED STATES MAGISTRATE JUDGE