UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRAKE FELDE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D. WILKINS, I. OGBUEHI,<br><br>　　　　　Defendant. | Case No.  1:19-cv-00339-HBK<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR ADDITIONAL DISCOVERY<br><br>(Doc. No. 36) |

Pending before the court is, *inter alia*, plaintiff's "motion to seek leave of court to serve additional interrogatories." (Doc. No. 36).  In light of this court's order staying the case until defendants' pending motion for summary judgment is resolved (Doc. 59), plaintiff's motion to serve additional discovery is denied.  Plaintiff may renew his discovery motion once the stay is lifted.

　　　Accordingly, it is ORDERED:

　　　Plaintiff's motion for additional discovery (Doc. No. 36) is **DENIED without prejudice**.

IT IS SO ORDERED.


Dated:　__March 15, 2021__　　　　　　　*Helena M. Barch-Kuchta*
　　　　　　　　　　　　　　　　　　　　　HELENA M. BARCH-KUCHTA
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1