UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRAKE FELDE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>D. WILKINS, I. OGBUEHI,<br><br>　　　　　Respondent. | Case No. 1:19-cv-00339-NONE-HBK<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY PLAINTIFF'S MOTIONS FOR INJUNCTIVE RELIEF<br><br>(Doc. No. 65) |

Plaintiff Drake Felde is a state prisoner proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 19, 2021, the assigned magistrate judge filed findings and recommendations to deny plaintiff's motions for injunctive relief. (Doc. No. 65.) The parties were provided with 30 days to file objections to the findings and recommendations. (Doc. No. 65 at 6.) To date, neither party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and proper analysis.

/////

1

Accordingly,

1. The findings and recommendations issued on March 19, 2021 (Doc. No. 65) are adopted in full.
2. Plaintiff's motions for injunctive relief (Doc. Nos. 14, 24) are denied.

IT IS SO ORDERED.

Dated: **May 15, 2021**

*/s/ Dale A. Drozd*
UNITED STATES DISTRICT JUDGE