UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRAKE FELDE,<br><br>              Plaintiff,<br><br>    v.<br><br>D. WILKINS, I. OGBUEHI,<br><br>             Defendant. | Case No. 1:19-cv-00339-NONE-HBK<br><br>ORDER STRIKING PLAINTIFF'S UNAUTHORIZED REPLY FROM THE RECORD<br><br>(Doc. No. 71) |

Pending review before the court is plaintiff's pleading titled "Objections to misstatements of law to Defendants' response to Plaintiff's objections to the findings and recommendations," construed as an unauthorized reply. (Doc. No. 71).

**I.    BACKGROUND**

Plaintiff Drake Felde, a state prisoner, initiated this action on March 14, 2019 by filing a *pro se* civil rights complaint under 42 U.S.C. § 1983 against defendants D. Wilkins and I. Ogbuehi. (Doc. No. 1). On March 26, 2021, the court issued findings and recommendations recommending that Defendant Wilkins' motion for summary judgment for failure to exhaust administrative remedies be granted. (Doc. No. 67). The findings and recommendations provided the parties the opportunity to file objections within thirty days. (*Id*. at 9). Plaintiff filed objections to the findings and recommendations (Doc. No. 68) and Defendants' filed a response

to Plaintiff's objections.  (Doc. No. 69).  Plaintiff then filed objections to Defendants' response. (Doc. No. 71).

**II.     APPLICABLE LAW AND ANALYSIS**

Plaintiff's reply to Defendants' response to Plaintiff's objections reiterates many of the arguments Plaintiff makes in his objections to the findings and recommendations.  (*Compare* Doc. No. 68 *with* Doc. No. 71).  Plaintiff did not seek leave to file a reply.  Federal Rule of Civil Procedure 59(b)(2) allow for any party to file objections to a magistrate judge's findings and recommendations.  Likewise, this court's Local Rule 304(b) provides that any party may file such objections.  However, neither of these rules provide parties the opportunity to file a reply to another party's objections.  Moreover, the court has not given Plaintiff leave to file a reply to Defendants' objections.  Because the relevant rules do not provide for the reply Plaintiff filed and the court has not provided Plaintiff with leave to file such a reply, the court orders Plaintiff's unauthorized reply stricken from the record.

Accordingly, it is now ORDERED:

The Clerk of Court shall **STRIKE** Plaintiff's unauthorized reply from the record.  (Doc. No. 71).

IT IS SO ORDERED.

Dated:   May 26, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE