1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DRAKE FELDE,                                Case No.  1:19-cv-00339-NONE-HBK

12                 Plaintiff,                      ORDER REFERRING CASE TO
                                                   ALTERNATIVE DISPUTE RESOLUTION
13           v.
                                                   NOTICE TO OPT OUT DUE BY
14    D. WILKINS, I. OGBUEHI,
                                                   **October 4, 2021**
15                 Defendants.
                                                   JOINT REPORT DUE
16
                                                   **October 6, 2021**
17
                                                   ORDER SETTING STATUS CONFERENCE
18
                                                   **October 8, 2021 at 10:00 a.m.**
19

20           Plaintiff Drake Felde is a state prisoner proceeding *pro se* in this civil rights action

21    brought under 42 U.S.C. § 1983.  (Doc. No. 1).  Defendant Wilkins' exhaustion-based motion for

22    summary judgment was denied but Wilkins was offered an evidentiary hearing on the issue of

23    exhaustion, which he declined.  (Doc. Nos. 73, 74, 75).  Accordingly, the Court will refer this

24    case to alternative dispute resolution ("ADR") or in the alternative set this matter for a telephonic

25    status conference.

26       **I.  ADR**

27           The Court refers all civil rights cases filed by *pro se* individuals to ADR to attempt to

28    resolve such cases more expeditiously and less expensively.  *See* Local Rule 270.  In appropriate

1    cases, defense counsel from the California Attorney General's Office have agreed to participate in

2    ADR.  No claims, defenses, or objections are waived by the parties' participation.

3            Attempting to resolve this matter through settlement now would save the parties the time

4    and expense of engaging in discovery and preparing substantive dispositive motions.  The Court

5    therefore will continue a STAY of this action for 30 days to allow the parties to investigate

6    Plaintiff's claims, meet and confer, and participate in an early settlement conference.  The Court

7    presumes that all post-screening civil rights cases assigned to the undersigned will proceed to a

8    settlement conference.  If, however, after investigating Plaintiff's claims and meeting and

9    conferring, either party finds that a settlement conference would be a waste of resources, the party

10   may opt out of the early settlement conference.  If either party opts out or the settlement is

11   unsuccessful the Court will enter a discovery and scheduling order.  The parties must advise the

12   court of their intention to participate in ADR within 30 days of the date of this order.

13   **II.  Joint Report and Telephonic Status Conference**

14           Because this case has been pending since 2019, it is possible the parties have engaged in

15   some discovery.  The Court, however, is unaware how much discovery has been conducted and

16   what additional discovery, if any, the parties need to conduct.  Accordingly, the Court has

17   scheduled a telephonic status conference for **October 8, 2021 at 10:00 a.m**.  The parties shall

18   meet and confer before the conference to prepare a joint report which shall propose discovery and

19   dispositive deadlines and identify any issues that may need addressed by the Court.  The joint

20   report shall be filed no later than **October 6, 2021**.  At the conference, the parties should be

21   prepared to discuss any current identified discovery disputes and other outstanding issues that

22   may require the Court's assistance.  The parties are free to continue to engage in discovery in

23   accordance with Federal Rule of Civil Procedure 26.

24           Accordingly, it is **ORDERED**:

25           1.      The parties shall file a notice if they object to proceeding to a settlement

26   conference of if they believe that settlement is not currently achievable no later than **October 4,**

27   **2021**.  This action will remain **STAYED** until either party notifies the Court that they do not wish

28   to proceed to a settlement conference or until such a settlement conference is held.  **If either**

1    **party objects to a settlement conference the Court will lift the stay and set a discovery and**

2    **scheduling order.** No pleadings or motions may be filed in this case during the stay. The parties

3    may continue to engage in discovery during this time.

4           2.      If both parties consent to a settlement conference, the Court will, by separate

5    Order, assign this matter to a United States Magistrate Judge, other than the undersigned, for

6    purposes of conducting the settlement conference.

7           3.      If the parties reach a settlement prior to the settlement conference, they **SHALL**

8    file a Notice of Settlement as required by Local Rule 160.

9           4.      If the parties decide to opt out of the settlement, the Court will hold a telephonic

10    status conference on **October 8, 2021 at 10:00 a.m.** before the undersigned (dial-in number: 1-

11    888-204-5984; passcode: 4446176).

12           5.      The parties **SHALL** file a joint status report by **October 6, 2021**, apprising the

13    Court of the current state of discovery and whether there is a need for additional discovery, and

14    propose discovery and merits-based dispositive deadlines.

15           6.      Plaintiff should notify staff at his institution of the date of this conference and

16    ensure adherence to their regulations for his participation. Defense counsel must confirm with

17    Plaintiff's institution of confinement that arrangements have been made for Plaintiff's attendance.

18           7.      The Clerk is directed to send a copy of this Order to the litigation coordinator at

19    Plaintiff's institution of confinement.

20

21    Dated:     September 2, 2021

22                                             HELENA M. BARCH-KUCHTA
                                           UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28